UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:06-CV-01394-T-26TGW

QUALITY RESOURCES, INC.,
a Florida corporation,

  Plaintiff,

vs.

NATIONAL FULFILLMENT, INC.,
a Tennessee corporation and
ENTERTAINMENT AMERICA, INC.,
a Tennessee corporation,

  Defendants.
_____/

## COMPLAINT

Plaintiff QUALITY RESOURCES, INC., a Florida corporation, by and through its undersigned counsel, sues Defendants NATIONAL FULFILLMENT, INC., a Tennessee corporation, and ENTERTAINMENT AMERICA, INC., a Tennessee corporation, and alleges as follows:

## GENERAL ALLEGATIONS

1. This is an action for money damages in excess of $75,000.

2. Plaintiff QUALITY RESOURCES, INC. (hereinafter "QUALITY") is a Florida corporation with its principal place of business in Pasco County, Florida.

3. Defendant NATIONAL FULFILLMENT, INC. (hereinafter "NATIONAL") is a Tennessee corporation with its principal place of business located in Lebanon, Tennessee.

4. Defendant ENTERTAINMENT AMERICA, INC. (hereinafter "ENTERTAINMENT") is a Tennessee corporation with its principal place of business in Lebanon, Tennessee.

## JURISDICTION

5. Jurisdiction is based on diversity of citizenship. The amount in controversy exceeds, exclusive of interest and costs, the sum specified by 28 USCA §1332.

6. Venue is proper in the District Court for the Middle District of Florida based on the Defendants' breach of the subject agreements in Pasco County, Florida, including but not limited to the Defendants' failure to pay money to Plaintiff QUALITY at its principal place of business. Furthermore, the Defendants, upon information and belief, have substantial contacts with the State of Florida as a result of extensive solicitation and servicing of accounts within the state.

## BACKGROUND FACTS

7. On or about August 5, 2005, Plaintiff QUALITY entered into contracts with NATIONAL and ENTERTAINMENT for the marketing, distribution and servicing of sales to consumers. A true and correct copy of the contract between QUALITY and NATIONAL is attached hereto as Exhibit "A". A true and correct copy of the contract between QUALITY and ENTERTAINMENT is attached hereto as Exhibit "B".

As demonstrated by the contracts, the relationship was a tripartite relationship among the Plaintiff and the Defendants whereby QUALITY would actively market consumer product, NATIONAL was responsible for the receipt of orders, the processing of the orders, servicing of customers and various accounting functions, and ENTERTAINMENT was responsible for the maintenance of the merchant account on behalf of QUALITY to assure the appropriate processing of credit card charges, returns and charge backs.

8. Both NATIONAL and ENTERTAINMENT were paid substantial sums for the services that they were to provide.

9. Both NATIONAL and ENTERTAINMENT have breached the contracts with QUALITY and have failed to properly account to QUALITY for monies due under the agreements.

## COUNT I – BREACH OF CONTRACT AS TO NATIONAL

10. QUALITY realleges each of the general allegations.

11. This is an action for money damages in excess of $75,000 against NATIONAL for breach of contract.

12. NATIONAL breached its contract with QUALITY by one or more of the following acts or omissions:

   A. By failing to properly label and ship product;

   B. By failing to properly service QUALITY's customers under the contract, including but not limited to failing to properly staff its service center to respond to calls and by failing to properly respond to customers on a timely basis;

   C. By failing and refusing to pay sums due QUALITY under the terms of the contract on a timely basis;

   D. By improperly refusing to respond to customers and by directing customers to contact QUALITY directly in order to receive a refund and/or cancel a purchase in violation of NATIONAL's contract obligations.

13. QUALITY has suffered money damages as a direct and proximate result of NATIONAL's breach of the contract.

14. QUALITY has performed all conditions precedent to bringing this action.

WHEREFORE, QUALITY respectfully demands judgment for compensatory damages against Defendant NATIONAL together with interest, costs and such further relief as this Court deems just, equitable and proper.

3

## COUNT II – ACCOUNTING AGAINST NATIONAL

15. QUALITY realleges each of the general allegations.

16. This is an action for an accounting as to Defendant NATIONAL.

17. Because of the complexity and volume of the transactions between the parties, Plaintiff QUALITY is entitled to an accounting against Defendant NATIONAL.

WHEREFORE, QUALITY respectfully demands that this Court grant QUALITY an accounting against Defendant NATIONAL as to all financial relationships between the parties together with such further relief as this Court deems just, equitable and proper.

## COUNT III – BREACH OF CONTRACT AS TO ENTERTAINMENT

18. Plaintiff QUALITY realleges each of the general allegations.

19. This is an action for money damages in excess of $75,000 against Defendant ENTERTAINMENT.

20. Defendant ENTERTAINMENT has breached its contract with QUALITY by one or more of the following acts or omissions:

    A. By improperly overcharging on the reserve account;

    B. By failing to release funds which were due to QUALITY under the subject agreement;

    C. By failing to properly account to QUALITY on its account.

21. Plaintiff QUALITY has suffered money damages as a direct and proximate result of Defendant ENTERTAINMENT's breach of the contract.

22. Plaintiff QUALITY has performed all conditions precedent to bringing this action.

WHEREFORE, Plaintiff QUALITY RESOURCES, INC. respectfully demands judgment for compensatory damages in excess of $75,000 against Defendant ENTERTAINMENT together with interest, costs and such further relief as this Court deems just, equitable and proper.

## COUNT IV – ACCOUNTING AGAINST ENTERTAINMENT

23. QUALITY realleges each of the general allegations.

24. This is an action for an accounting as to Defendant ENTERTAINMENT.

25. Because of the complexity and volume of the transactions between the parties, Plaintiff QUALITY is entitled to an accounting against Defendant ENTERTAINMENT.

WHEREFORE, QUALITY respectfully demands that this Court grant QUALITY an accounting against Defendant ENTERTAINMENT as to all financial relationships between the parties together with such further relief as this Court deems just, equitable and proper.

Respectfully submitted,

GREENSPOON MARDER, P.A.
Attorneys for Plaintiff
100 W. Cypress Creek Road, Suite 700
Fort Lauderdale, FL 33309
Telephone: (954) 491-1120
Facsimile: (954) 771-9264
Richard.Epstein@gmlaw.com
Kenneth.Rubin@gmlaw.com

By: _____
**RICHARD W. EPSTEIN**
**Lead Trial Attorney**
Fla. Bar No. 229091
**KENNETH A. RUBIN**
Fla. Bar No. 377147



**National FULFILLMENT INCORPORATED**

LOS ANGELES - NASHVILLE - GORDONSVILLE

Cheryl Mercuris  
Quality Resources, Inc.  
28870 US 19 North, Ste 200  
Clearwater, FL  33761

This 5th day into August, 2005

Good Afternoon Cheryl:

Thank you for your interest in National Fulfillment. If I may, let me furnish you with some general information about National and our associated benefits to our customers.

National Fulfillment, with three locations, is one of the largest fulfillment centers for DR and Retail with a clear strategic advantage. Listed are a few of the services we offer:

- Fulfillment (Retail, Direct Response, & Catalog)
- Revenue-Generating Bilingual Consumer Care Personnel
- Merchant & Telemarketing Services
- Consumer Care-Inbound/Outbound/E-Commerce
- Product Refurbishment

NFI has earned the trust and respect of companies seeking the very best for their customers. In each of us, you will find a dedicated, experienced professional.

We offer freight services with various common carrier truck lines. We have an in-house United States Postal Service Facility. The benefit to our customers...lower shipping costs and less in-transit time.

If you have any questions, please do not hesitate to call me. Thank you for considering the National Fulfillment Team.

All the best from Nashville.

*Rollie Froehlig*

Rollie Froehlig  
President



EXHIBIT "A"



# National Fulfillment, Inc.
## Direct Response Pricing

| Initial Set-up Charges: | One Location | Both Locations |
|---|---|---|
| Initial set-up single payment | ~~$750.00~~ | $1,250.00 |
| Initial set-up multiple payment/deferred billing | $1,500.00 | $2,000.00 |
| Initial set-up Catalog | $2,000.00 | $2,500.00 |
| Initial set-up continuity/negative option | (**$2,000.00**) | $2,500.00 |

\* Initial Set-up provides communications link with a single inbound telemarketing service to receive orders, merchant processor, and in-house data entry. Set-up charges are non-refundable.   /

\* Additional client setup changes will be charged for adding additional telemarketing services and set-up/communications with web site providers.

**Deposits (Shipping & Refund):** Deposits will be established and invoiced separately from our accounting department based on jointly determined projected volumes, ship method, and credit approval.

Freight: (4 week deposit) TBD

**Bundled pricing for your offer:**



| Prepaid Orders - Single Payment | TN Price $1.00 | CA Price $1.00 |
|---|---|---|
| Prepackaged and ready for shipment includes: <br>• Caging and Depositing for orders paid by check or money-order <br>• Authorization and depositing for credit cards <br>• Label generation <br>• Fulfillment <br>• Standard Reports <br>• Consumer ship confirmations via email <br>• Assembly / Pick & Pack up to 3 items | | |

**Items that must be quoted:**

Refurbishing (by batch)            Toll free consumer care line
Postage                            Data Transfer (downloads)
Outbound Consumer Care Projects    Assembly

3¢ 1st ounce

23¢ every ounce

**Charges not covered by the bundled price:**

| | TN Price | CA Price |
|---|---|---|
| ~~postage~~ | | |
| ✓ Minimum monthly service billing (All services less freight) | $1,000.00 | Combined |
| ω² Skid storage charge (at month end) | $ 10.00/mo | $10.00/mo |
| Client setup changes (minimum 1 hour) *any changes* | $ 85.00/hr | $85.00/hr |
| ✗ Canada/foreign orders (additional) [for customs papers] | $ 2.00/order | $ 2.50/order |
| ✓ Multiple part payments | $ .25/ea | $ .25/ea |
| ✓ Credit | $ .25/ea | $ .25/ea |
| ✗ Process refund checks | $ 2.00/ea | |
| ✓ Consumer Care phone calls/emails/faxes/letters | $ 1.80/ea | |
| • Order related | | |
| ✓ Processing returns | $ 1.80ea | $ 1.80ea |
| ✓ Consumer Care postcards *don't ship on time or cancel (paper ???)* | $ .24/ea | |
| • Refund/Credit Delay and/or Cancel *+ credit was issued* | | |
| *(sometimes)* Warehouse Labor (billed in ¼ hour increments) *(label incorrectly) etc.* | $ 35.00/hr | $35.00/hr |
| ✓ Receiving (billed in ¼ hour increments) | $ 35.00/hr | $35.00/hr |
| ✗ Packing Slip *we're using a label* | $ .20/ea | $ .20/ea |
| ✗ Prepaid Return Labels | $ 1.85/ea | $ 1.85/ea |
| ✗ Claim filing (traceable shipping methods) | $ 7.50/ea | $ 7.50/ea |
| *nature* Labels (supplied) Handling | $ .05 | $ .05 |
| ~~Warehouse Labor~~ | $35.00/hr | $35.00/hr |

Terms 10 days from invoice/ship date

All of the above prices are based on materials supplied by customer and **DO NOT** include shipping charges. An account prepayment primarily used for, but not limited to, prepaying shipping charges and check refunds is required before shipments can be made.

Please sign below that you accept the above pricing. A signed copy of this will need to be returned. Please fax to ~~(615)~~ 444-6390.

Thank you for choosing the National Team.

_____  
Signature

8/9/05  
Date



### Entertainment AMERICA INCORPORATED

NASHVILLE

August 5, 2005

To: Cheryl Mercuris
Quality Resources, Inc.
28870 US 19 North, Ste 200
Clearwater, FL 33761

From: Entertainment America Inc.
6960 Eastgate Blvd.
Lebanon, TN 37090-1230

RE: **AGREEMENT FOR MERCHANT ACCOUNT**

Quality Resources, Inc. authorizes Entertainment America to deposit funds on behalf of Quality Resources, Inc. into Entertainment America's merchant account for your choice of Visa, MasterCard, Discover and/or American Express sales.

The credit card discount rate, processing fees, and the Reserve Account requirement will be deducted from all credit card sales. A Reserve holdback of 8% will be deducted from each job. This Reserve Account, which is a six (6) month rolling account, is used for the purpose of satisfying the liability of returns and chargebacks as required during and post-project. The balance will be forwarded to Quality Resources, Inc. within four (4) business days of receipt of the Notification of Deposit from the receiving bank. This account is to be used only for credit card sales.

An application fee of $750.00 is required to set up your account and is **non-refundable.** Approval of the merchant account is contingent upon submission of the commercial that will display a money back guarantee and the time limit on the guarantee. Entertainment America, Inc. is guaranteeing the customer's satisfaction; therefore, Entertainment America's name and address MUST appear at the guarantee line. Also required are the symbols of the credit cards to be accepted. No security deposit is required for the merchant account; however, if Quality Resources, Inc. becomes delinquent in invoices due to Entertainment America, Inc. or to National Fulfillment, Inc., Entertainment America has the right to deduct outstanding invoices prior to releasing funds.

The Monthly Maintenance Agreement is assessed on all open accounts regardless of activity levels. Opening date is determined by the date of implementation. The account will terminate sixty (60) days after written instructions have been received.

6960 Eastgate Boulevard • Lebanon, TN 37090
Phone (615) 449-4495 • Fax (615) 449-5006



EXHIBIT "B"


Entertainment America, Inc
Merchant Agreement
Page 2

Entertainment America Inc. has the right to notify National Fulfillment Inc. to stop shipping at anytime if a manufacturing or marketing problem becomes evident. The purpose is to minimize chargebacks until the problem has been solved.

A critical part of credit card processing is the maintenance shipping and delivery records for customer service inquiries, appropriate response to chargeback requests, and regulations met in regards to requests for credits. To insure the proper handling of such requests, National Fulfillment must provide all shipping and fulfillment, of which the response to consumers is a part.

Regarding chargebacks and retrievals:

1) If, at any time, chargeback rates exceed 1% of sales Quality Resources, Inc. will be notified and Entertainment America reserves the right to instruct National Fulfillment, Inc. to halt shipping until the condition responsible for the excessive chargeback rate is resolved.

2) If chargeback rates exceed 1% of sales for more than thirty (30) days, chargeback penalty fees of $50.00 per excessive chargeback are effective until such time as the rate is reduced to less than 1% of sales. In addition, reserve requirements will be reassessed based on increased chargeback liability.

3) The reserve account will be used to satisfy returns and chargebacks after the promotion has ended. Otherwise, the bank will automatically deduct the returns and/or chargebacks from sales during the life to the project.

4) Quality Resources, Inc. will be responsible for all chargebacks and credits that may occur through the aforementioned merchant account. Any deficit will be the sole responsibility of Quality Resources, Inc. and the individual signing on behalf of the client on this Agreement.

Quality Resources, Inc. agrees to fully indemnify and hold harmless Entertainment America Inc. and National Fulfillment Inc. for any recourse relating royalties, licenses and/or other contractual arrangements made with any other entity of persons.

If the above reflect your understanding of this agreement, please sign where indicated below.

Entertainment America Inc.
Merchant Agreement
Page 3

**Discount Rate**

| | |
|---|---|
| Visa | 2.35% |
| MasterCard | 2.35% |
| American Express | 3.60% |
| Discover | 3.00% |

**Processing Fees**

| | |
|---|---|
| Verification Fees | $.25 per card (Visa, MasterCard only) |
| Pass-through Fees | $.25 per card (American Express, Discover only) |
| Approval Fees | $.25 per card (All card types) |
| Chargeback | $13.50 (Processed/Presented) |
| Excessive Chargeback Penalty | $50.00 per occurrence |
| Wire Fee | $20.00 |
| Monthly Maintenance Fee | $100.00 |

In enforcement of the MasterCard Special Telemarketing rule, certain activities and products may be considered unscrupulous or illegal. Each product will be subject to approval prior to set up.

**Approved and Accepted**

Quality Resources, Inc.

By: _____  Date: 8/9/05

Entertainment America, Inc.

By: _____  Date: _____